1 MUNGER, TOLLES & OLSON LLP
MARC T.G. DWORSKY (State Bar No. 157413)
2 Marc.Dworsky@mto.com
LAWRENCE C. BARTH (State Bar No. 123002)
3 Lawrence.Barth@mto.com
JOSHUA P. GROBAN (State Bar No. 200095)
4 Joshua.groban@mto.com@mto.com
355 South Grand Avenue
5 Thirty-Fifth Floor
Los Angeles, CA 90071-1560
6 Telephone: (213) 683-9100
Facsimile: (213) 687-3702
7
Attorneys for Defendant WELLS FARGO BANK,
8 NATIONAL ASSOCIATION

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| KENNETH AND GWEN BAIN, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>WELLS FARGO BANK, NATIONAL ASSOCIATION, et al.,<br><br>Defendants. | CASE NO.: 1:09-cv-02218-LJO-GSA<br><br>STIPULATION AND ORDER EXTENDING DEFENDANTS' TIME TO RESPOND TO COMPLAINT |

| | |
|---|---|
| 1 | **IT IS HEREBY STIPULATED AND AGREED** by and between the |
| 2 | undersigned, subject to approval by the Court, that: |
| 3 | WHEREAS, the Complaint in this action was served on Defendant |
| 4 | The Bank of New York Mellon ("BNYM") on December 29, 2009; |
| 5 | WHEREAS, the Complaint in this action was served on Defendant |
| 6 | Wells Fargo Bank, National Association ("Wells Fargo") on or about December 24, |
| 7 | 2009; |
| 8 | WHEREAS, by stipulation dated on or about January 20, 2010, the |
| 9 | parties agreed to extend the Defendants' time to respond to the Complaint for a |
| 10 | period of no greater than twenty-eight days until on or before February 16, 2010; |
| 11 | WHEREAS, on February 4, 2010, Defendants filed a joint petition |
| 12 | with the Judicial Panel on Multidistrict Litigation ("MDL Panel") requesting that |
| 13 | centralized pretrial proceedings take place in the instant action and five other |
| 14 | actions currently pending in the Central District of California ("Joint Petition"); |
| 15 | WHEREAS, Defendants expect their Joint Petition to be heard by the |
| 16 | MDL Panel on March 25, 2010, which is the next tentatively-scheduled sitting of |
| 17 | the MDL Panel; |
| 18 | WHEREAS, on February 12, 2010, Defendants filed a joint *ex parte* |
| 19 | application seeking an extension of time to respond to the Complaint in the instant |
| 20 | action until thirty days after the MDL Panel rules on Defendants Joint Petition; |
| 21 | WHEREAS, Plaintiffs now have agreed to the relief sought by |
| 22 | Defendants in their *ex parte* application; |
| 23 | **THEREFORE, IT IS STIPULATED AND AGREED**, by and |
| 24 | between the parties, through their respective attorneys of record, as follows: |
| 25 | Defendants BNYM and Wells Fargo's time to respond to the |
| 26 | Complaint shall be extended until thirty days after the MDL Panel rules on |
| 27 | |
| 28 | |

Defendants' joint petition requesting the transfer of this action for pretrial proceedings to the Central District of California.

DATED: February 16, 2010

MUNGER, TOLLES & OLSON LLP
  MARC T.G. DWORSKY
  LAWRENCE C. BARTH
  JOSHUA P. GROBAN


By: /s/ Joshua P. Groban
      JOSHUA P. GROBAN

Attorneys for Defendant
WELLS FARGO BANK, NATIONAL ASSOCIATION

DATED: February 16, 2010

GIBSON, DUNN & CRUTCHER LLP
  JOEL A. FEUER


By: /s/ Joel A. Feuer
      JOEL A. FEUER

Attorneys for Defendant
THE BANK OF NEW YORK MELLON CORPORATION

DATED: February 16, 2010

PERKINS, MANN & EVERETT


By: /s/ Douglas V. Thornton
      DOUGLAS V. THORNTON

Attorneys for Plaintiffs

**IT IS SO ORDERED**:

DATED: February 16, 2010

By: /s/ Gary S. Austin
    Hon. Gary S. Austin
    United States Magistrate Judge