A CERTIFIED TRUE COPY
ATTEST

By Delora Davis on May 03, 2010

FOR THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Apr 16, 2010

FILED
CLERK'S OFFICE

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: MEDICAL CAPITAL SECURITIES LITIGATION     MDL No. 2145

8: 10-ml-02145 DOC (RNBx)

(SEE ATTACHED SCHEDULE)



FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

MAY -3 2010

CENTRAL DISTRICT OF CALIFORNIA
BY             DEPUTY

**CONDITIONAL TRANSFER ORDER (CTO-1)**

On April 15, 2010, the Panel transferred one civil action to the United States District Court for the Central District of California for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. See _F.Supp.2d_ (J.P.M.L. 2010). With the consent of that court, all such actions have been assigned to the Honorable David O. Carter.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Central District of California and assigned to Judge Carter.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Central District of California for the reasons stated in the order of April 15, 2010, and, with the consent of that court, assigned to the Honorable David O. Carter.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Central District of California. The transmittal of this order to said Clerk shall be stayed 14 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 14-day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

May 03, 2010

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

I hereby attest and certify on 5-14-10
that the foregoing document is a full, true
and correct copy of the original on file in
my office, and in my legal custody.

CLERK U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

Lori Wagers
DEPUTY CLERK



1090

IN RE: MEDICAL CAPITAL SECURITIES LITIGATION        MDL No. 2145

### SCHEDULE CTO-1 - TAG-ALONG ACTIONS

**DIST. DIV. C.A. #**        **CASE CAPTION**

CALIFORNIA EASTERN
 CAE 1 09-2218          Kenneth Bain, et al. v. Wells Fargo Bank, N.A., et al. — SACV10-00548 DOC (RNBx)

NEBRASKA
 ~~NE 8 10-3051~~          ~~Katrina A. Zinner, et al. v. Securities America, Inc., et al.~~
                        Opposed 5/3/10

OREGON
 OR 6 10-6058          Douglas County Individual Practice Association, Inc., et al. v. — SACV10-00549 DOC (RNBx)
                        Medical Capital Holdings, Inc., et al.

# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

**CHAIRMAN:**
John G. Heyburn II
United States District Court
Western District of Kentucky

**MEMBERS:**
Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Kathryn H. Vratil
United States District Court
District of Kansas

David R. Hansen
United States Court of Appeals
Eighth Circuit

W. Royal Furgeson, Jr.
United States District Court
Northern District of Texas

Frank C. Damrell, Jr.
United States District Court
Eastern District of California

**DIRECT REPLY TO:**

Jeffery N. Lüthi
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax:       [202] 502-2888
http://www.jpml.uscourts.gov

May 3, 2010

Terry Nafisi, Clerk
Ronald Reagan Federal Bldg. & U.S. Courthouse
411 West Fourth Street
Santa Ana, CA 92701-4516

Re: MDL No. 2145 -- IN RE: Medical Capital Securities Litigation

(See Attached CTO-1)

Dear Ms. Nafisi:

Attached as a PDF document is a certified copy of a conditional transfer order filed by the Panel in the above-captioned matter on April 16, 2010. As stipulated in Rule 7.4(a) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), transmittal of the order has been stayed 14 days to give any party an opportunity to oppose the transfer. The 14-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

The Panel's governing statute, 28 U.S.C. §1407, requires that the transferee clerk "...transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred."

A list of involved counsel, judges and clerks are attached.

Very truly,

Jeffery N. Lüthi
Clerk of the Panel

By _Delora Davis_
Delora Davis
Operations Support
Quality Control Analyst

Attachments (Conditional Transfer Order is a Separate Document)

cc:  Transferee Judge:    Judge David O. Carter

JPML Form 36A

Case 1:09-cv-02218-LJO-GSA   Document 16   Filed 05/14/10   Page 4 of 7
Case 8:10-ml-02145-DOC-RNB   Document 4   Filed 05/03/10   Page 4 of 7

Page 1 of 2

IN RE: MEDICAL CAPITAL SECURITIES LITIGATION          MDL No. 2145

## PANEL SERVICE LIST (CTO-1)

Richard L. Baum
ROBERTS KAPLAN LLP
601 SW Second Avenue, Suite 1800
Portland, OR 97204
**rbaum@robertskaplan.com**

Bruce M. Bettigole
SUTHERLAND ASBILL & BRENNAN LLP
1275 Pennsylvania Ave, NW
Washington, DC 20004-2415
**bruce.bettigole@sutherland.com**

Gail E. Boliver
2414 South 2nd Street
Marshalltown, IA 50158
**boliver@marshallnet.com**

Stephen L. Brodsky
ZWERLING SCHACHTER &
    ZWERLING LLP
41 Madison Avenue
New York, NY 10010
**sbrodsky@zsz.com**

Tanya A. Durkee
LANE POWELL PC
601 SW Second Avenue, Suite 2100
Portland, OR 97204-3158
**durkeet@lanepowell.com**

Marc T.G. Dworsky
MUNGER TOLLES & OLSON LLP
355 South Grand Avenue, 35th Floor
Los Angeles, CA 90071
**marc.dworsky@mto.com**

Joel Alan Feuer
GIBSON DUNN & CRUTCHER LLP
2029 Century Park East, 40th Floor
Los Angeles, CA 90067
**jfeuer@gibsondunn.com**

Jonathan K. Levine
GIRARD GIBBS LLP
601 California Street, Suite 1400
San Francisco, CA 94108
**jkl@girardgibbs.com**

Timothy William Loose
GIBSON DUNN & CRUTCHER LLP
333 South Grand Avenue, 47th Floor
Los Angeles, CA 90071-3197
**tloose@gibsondunn.com**

Jeffrey K. Riffer
ELKINS KALT WEINTRAUB REUBEN
    GARTSIDE LLP
1800 Century Park East, 7th Floor
Los Angeles, CA 90067
**jriffer@elkinskalt.com**

David A. Rothstein
DIMOND KAPLAN & ROTHSTEIN PA
2665 South Bayshore Drive
Offices at Grand Bay Plaza, PH-2B
Coconut Grove, FL 33133
**drothstein@dkrpa.com**

Case 1:09-cv-02218-LJO-GSA   Document 16   Filed 05/14/10   Page 5 of 7
Case 8:10-ml-02145-DOC-RNB   Document 4   Filed 05/03/10   Page 5 of 7

Page 2 of 2

MDL No. 2145 - Panel Service List (CTO-1) (Continued)

Gregory J. Sherwin
FIELDS FEHN & SHERWIN
11755 Wilshire Blvd.
15th Floor
Los Angeles, CA 90025
**gregsherwin@ffandslaw.com**

Jeffrey R. Sonn
SONN EREZ LAW FIRM
500 East Broward Blvd.
Suite 1600
Fort Lauderdale, FL 33394
**jsonn@sonnerez.com**

Douglas Vern Thornton
PERKINS MANN & EVERETT
2222 West Shaw Avenue, Suite 202
Fresno, CA 93711
**dthornton@pmelaw.com**

Wm. Randolph Turnbow
U.S. Bank Building
800 Willamette Street, Suite 600
Eugene, OR 97401
**rturnbow@dcipa.com**

Megan S. Wright
CLINE WILLIAMS LAW FIRM
1125 South 103rd Street
One Pacific Place, Suite 600
Omaha, NE 68124-6019
**mwright@clinewilliams.com**

IN RE: MEDICAL CAPITAL SECURITIES LITIGATION          MDL No. 2145

## INVOLVED JUDGES LIST (CTO-1)

~~Hon. Joseph F. Bataillon~~
~~Chief Judge, U.S. District Court~~
~~Roman L. Hruska U.S. Courthouse~~
~~111 South 18th Plaza, Suite 3259~~
~~Omaha, NE 68102~~

Hon. Michael R. Hogan
U.S. District Judge
Wayne Lyman Morse U.S. Courthouse
405 East Eight Avenue, Suite 5700
Eugene, OR 97401

Hon. Lawrence J. O'Neill
U.S. District Judge
United States Disrtict Court
1501 Robert E. Coyle U.S. Courthouse
2500 Tulare Street
Fresno, CA 93721-1318

IN RE: MEDICAL CAPITAL SECURITIES LITIGATION          MDL No. 2145

INVOLVED CLERKS LIST (CTO-1)

Victoria Minor, Clerk
5000 U.S. Courthouse
1130 O Street
Fresno, CA 93721

~~Denise Lucks, Clerk~~
~~1152 Roman L. Hruska U.S. Courthouse~~
~~111 South 18th Plaza~~
~~Omaha, NE 68102-1322~~

Mary L. Moran, Clerk
100 Federal Building & U.S. Courthouse
211 East 7th Avenue
Eugene, OR 97401